**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen K. Cline,

Plaintiff,

v.

Clay County; Clay County Sheriff Larry Costello, in his individual and official capacity; Clay County Commissioner Michael McCarthy, Ben Brunsvold, Casey Brantner Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator Vijay Sethi, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity,

Defendants.

**STIPULATION AND ORDER**

Court File No. 01-2239 MJD/RLE

---

The parties, by their undersigned attorneys, hereby stipulate and agree to the following changes in the Pretrial Scheduling Order in this matter:

1. Plaintiff's Expert Witness Disclosure shall be made on or before November 1, 2002.

2. Defendant's Expert Witness Disclosure shall be made on or before December 1, 2002.

(6)

FILED SEP 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Sept 18, 02

James H. Kaster #53946
Nicholas G.B. May #287106
NICHOLS KASTER & ANDERSON, PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
Attorneys for Plaintiff

Dated:__________

Jon K. Iverson, #146389
Kafi C. Linville, #030251X
IVERSON & REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200
Attorneys for Defendants Clay County, Michael McCarthy, Casey Brantner, Jon Evert, Jerry Waller, ViJay Sethi, and Lisa Borgen

Dated:__________

Ann Goering, #210699
RATWIK, ROSZAK & MALONEY, PA
300 US Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060
Attorney for Defendant Larry Costello

Dated:__________

James Andreen, #174373
Nicole B. Surges, #213391
ERSTAD & REIMER, PA
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
(612) 896-3700
Attorney for Defendant Ben Brunsvold

Dated:__________

James H. Kaster #53946
Nicholas G.B. May #287106
NICHOLS KASTER & ANDERSON, PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
Attorneys for Plaintiff

Dated: 9/18/02

Jon K. Iverson, #146389
Kari C. Linville, #030251X
IVERSON & REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200
Attorneys for Defendants Clay County, Michael McCarthy, Casey Brantner, Jon Evert, Jerry Waller, Vijay Sethi, and Lisa Borgen

Dated:__________

Ann Goering, #210699
RATWIK, ROSZAK & MALONEY, PA
300 US Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060
Attorney for Defendant Larry Costello

Dated:__________

James Andreen, #174373
Nicole B. Surges, #213391
ERSTAD & RIEMER, PA
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
(612) 896-3700
Attorney for Defendant Ben Brunsvold

Dated:__________

James H. Kaster #53946
Nicholas G.B. May #287106
NICHOLS KASTER & ANDERSON, PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
Attorneys for Plaintiff

Dated:__________

Jon K. Iverson, #146389
Kafi C. Linville, #030251X
IVERSON & REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200
Attorneys for Defendants Clay County, Michael McCarthy, Casey Brantner, Jon Evert, Jerry Waller, Vijay Sethi, and Lisa Borgen

Dated: 9/18/2002

Ann Goering, #210699
RATWIK, ROSZAK & MALONEY, PA
300 US Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060
Attorney for Defendant Larry Costello

Dated:__________

James Andreen, #174373
Nicole B. Surges, #213391
ERSTAD & REIMER, PA
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
(612) 896-3700
Attorney for Defendant Ben Brunsvold

Dated:__________

________________________
James H. Kaster #53946
Nicholas G.B. May #287106
NICHOLS KASTER & ANDERSON, PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
Attorneys for Plaintiff

Dated:__________

________________________
Jon K. Iverson, #146389
Kafi C. Linville, #030251X
IVERSON & REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200
Attorneys for Defendants Clay County, Michael McCarthy, Casey Brantner, Jon Evert, Jerry Waller, ViJay Sethi, and Lisa Borgen

Dated:__________

________________________
Ann Goering, #210699
RATWIK, ROSZAK & MALONEY, PA
300 US Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060
Attorney for Defendant Larry Costello

Dated: 9/18/02

________________________
James Andreen, #174373
Nicole B. Surges, #213391
ERSTAD & REIMER, PA
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
(612) 896-3700
Attorney for Defendant Ben Brunsvold

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that:

1. Plaintiff's Expert Witness Disclosure shall be made on or before November 1, 2002.

2. Defendant's Expert Witness Disclosure shall be made on or before December 1, 2002.

Dated: 9-20-02

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge