UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

| | |
|---|---|
| Kathleen K. Cline,<br><br>Plaintiff,<br><br>vs.<br><br>Clay County; Clay County Sheriff Larry Costello, in his individual and and official capacity; Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator Vijay Sethi, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity;<br><br>Defendants | Case No. 01-CV-2239 MJD-RLE |

**ORDER FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY ORDERED that James H. Kaster and the law firm of Nichols, Kaster & Anderson, PLLP, 4644 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402-2242 be substituted as counsel for Plaintiff Kathleen K. Cline in place of Patricia R. Monson, Nilles, Hansen & Davies, Ltd.

Dated this 17th day of September, 2002.

Raymond C Erickson
Magistrate Judge Raymond Erickson

33

FILED SEP
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK