UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen Cline,

Plaintiff,

v.

Clay County; Clay County Sheriff Larry Costello, in his individual and official capacity; Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator Vijay Sethi, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity,

Defendants.

Court File No. 01-CV-2239 MJD/RLE

**ORDER**

This matter came on before the Court on an agreement between the parties for disclosure of the investigation file of DeAnn Pladson. Based upon the agreement of the parties, and the agreement of counsel for DeAnn Pladson, the Court makes the following Order:

1. The entire sexual harassment investigation file of DeAnn Pladson shall be immediately disclosed to the parties and their counsel for use in this litigation.

Dated: 10-24-02

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

OCT 24 2002
[illegible]
A. H.