UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathleen Cline,

Plaintiff,

vs.

Clay County; Clay County Sheriff Larry Costello, in his individual and official capacity; Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator Vijay Sethi, in his individual and official capacity; Clay County Personnel Director Terry Jacobson, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity,

Defendants.

Court File No. 01-CV-2239 MJD/RLE

**PROPOSED ORDER**

The undersigned United States District Court Magistrate Judge hereby orders:

1. All parties experts, shall provide all records regarding testing, reports, correspondence, and/or any other materials pertaining to the captioned matter. These documents are to be released to counsel subject to the terms of the Protective Order previously entered in this case.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
U.S. District Court Magistrate Judge

FEB 2 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK