# ORDER

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** the claims in the above entitled action against Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert and Jerry Waller, Clay County Administrator Vijay Sethi and Clay County Attorney Lisa Borgen, in their individual and official capacities, be and the same hereby are, dismissed with prejudice and without costs to any of the parties. There being no just reason for delay pursuant to Fed. R. Civ. P. 56(b), let judgment be entered accordingly. The caption of this case shall henceforth be stated as:

Kathleen Cline,

Plaintiff,

vs.

Clay County, Clay County Sheriff
Larry Costello, in his individual and
official capacity,

Defendants.

BY THE COURT:

Michael J. Davis
Judge of U.S. District Court

May 22, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kathleen Cline,

Plaintiff,

vs.

Clay County; Clay County Sheriff Larry Costello, in his individual and official capacity; Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator Vijay Sethi, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity,

Defendants.

Court File No. 01-CV-2239 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between all the parties hereto, through their respective undersigned attorneys, that all of plaintiff's claims against Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert and Jerry Waller, Clay County Administrator Vijay Sethi and Clay County Attorney Lisa Borgen, in their individual and official capacities, in the above-entitled cause of action be, and hereby are, dismissed with prejudice but without costs or disbursements to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that the official capacity claims against the dismissed defendants "represent[s] only another way of pleading an action against an entity of which an officer is an agent." Monell v. New York City Dept. of Social Services, 436 U.S. 658, 690 n. 5 (1978); see also, Kentucky v. Graham, 473 U.S. 159, 165 (1985).

The claims against Clay County and Larry Costello in his individual and official capacity are unaffected by this Stipulation.

MAY 22 2003
D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

The parties agree the caption of this case can be amended as follows:

Kathleen Cline,

Plaintiff,

vs.

Clay County, Clay County Sheriff
Larry Costello, in his individual and
official capacity,

Defendants.

Dated: 5/16/03

NICHOLS KASTER & ANDERSON, PLLP

By

James Kaster, #53946
Attorney for Plaintiff
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Dated: 5/15/2003

RATWIK, ROSZAK & MALONEY

By

Ann R. Goering, #210699
Attorney for Costello
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
(612) 339-0060

Dated: 5/15/03

ERSTAD & RIEMER, P.A.

By

James R. Andreen, #174373
Attorney for Brunsvold
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

Dated: 5/15/03

IVERSON REUVERS, LLC

By

Jon K. Iverson, #146389
Attorney for Clay County, et al.
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200