AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Kathleen Cline

V.

Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert and Jerry Waller; Clay County Administrator Vijay Sethi; Clay County Attorney Lisa Borgen

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2239 MJD/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
terminating party's Michael McCarthy, Ben Brunsvold, Casey Brantner, Jon Evert, Jerry Waller, Vijay Sethi, Lisa Borgen| dismissed with prejudice and without costs to any of the parties. Let Judgment be entered accordingly.

May 22, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer
Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03