**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathleen Cline, Civ. No. 01-2239 (MJD/RLE)

Plaintiff,

v.

**ORDER**

Clay County, Clay County Sheriff Larry Costello, in his individual and official capacity; Clay County Commissioners Michael McCarthy, Ben Brunsvold, Casey Branter, Jon Evert, and Jerry Waller, in their individual and official capacities; Clay County Administrator ViJay Sethi, in his individual and official capacity; and Clay County Attorney Lisa Borgen, in her individual and official capacity,

Defendants.

---

This matter is before the Court upon Plaintiff's appeal of Magistrate Judge Raymond L. Erickson's Order of April 18, 2003. Plaintiff asserts that the Magistrate Judge's ruling is clearly erroneous with respect to his ruling denying Plaintiff's: 1) motion to amend her complaint; 2) motion to transfer venue; and 3) motion to unseal the file.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order of April 18, 2003 is neither clearly erroneous nor contrary to law.

FILED JUN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Order of April 18, 2003 is **AFFIRMED**.

Dated: June 16, 2003

Michael J. Davis
United States District Court Judge